UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANCISCO CANINDE DANTAS DA COSTA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALEJANDRO MAYORKAS, U.S. Department of Homeland Security,<br><br>                    Defendant. | CASE NO. 3:22-cv-05766-TL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*, upon review of the record.

Before the Court is Plaintiff Mr. Francisco Caninde Dantas Da Costa's proposed complaint. Dkt. No. 1. On October 13, 2022, the Clerk of the Court notified Mr. Dantas Da Costa that his proposed complaint was deficient because: (1) he had not paid the filing fee or submitted an application for *in forma pauperis* ("IFP") status, one of which is required for the filing of a case (see Local Civil Rule 3(b)); and (2) he had not submitted a Civil Cover Sheet, as required (see Local Civil Rule 3(a)). Dkt. No. 2. The notice instructed Mr. Dantas Da Costa that he had

until November 14, 2022 to correct the deficiencies. *Id.* Mr. Dantas Da Costa has neither filed an IFP application nor paid the $402.00 filing fee.

Accordingly, it is hereby ORDERED that, not later than January 5, 2023, Mr. Dantas Da Costa shall SHOW CAUSE in writing why his case should not be dismissed. In the alternative, Mr. Dantas Da Costa may submit an IFP application or pay the $402.00 filing fee before that date. Failure to timely respond will result in the dismissal of this action without prejudice.

Dated this 5th day of December 2022.

Tana Lin
United States District Judge