# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FRANCISCO CANINDE DANTAS DA COSTA,<br><br>                  Petitioner,<br>   v.<br><br>ALEJANDRO MAYORKAS,<br><br>                  Respondent. | Case No. C22-5766 TL<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Petitioner has submitted an application to proceed *in forma pauperis*, which demonstrates an inability to pay the $402.00 filing fee.  The Court thus **GRANTS** petitioner's application.  Dkt. 4.  The Clerk is directed to (1) file petitioner's complaint without the prepayment of fees, and (2) send a copy of this Order to petitioner.

Dated this 3rd day of January, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1